# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 13-1022V
(Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                                *
MICHAEL DORKOSKI                                *
and LISA WHISPELL, parents and                  *
natural guardians of M.D., a minor,             *
                                                *
                  Petitioners,                  *
                                                *      Filed:  September 29, 2015
           v.                                   *
                                                *      Decision on Attorney's
SECRETARY OF HEALTH AND                         *      Fees and Costs
HUMAN SERVICES                                  *
                                                *
                  Respondent.                   *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued an Order Concluding Proceedings, pursuant to Vaccine Rule 21(a), on August 25, 2015. On September 25, 2015, the parties filed a joint stipulation of fact concerning attorney's fees and costs in this matter. The parties' stipulation requests a total payment of $9,535.76, representing attorney's fees and costs for work performed by the law firm of Jeffrey A. Golvash.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1), and Vaccine Rule 10(d)(3). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $9,535.76 as a lump sum in the form of a check payable jointly to Petitioners and Petitioners' counsel, Jeffrey A. Golvash.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

      In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

                                         /s/ George L. Hastings, Jr.
                                           George L. Hastings, Jr.
                                           Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.